UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN THE MATTER )
)
OF THE APPOINTMENT ) ORDER OF APPOINTMENT
)
OF GREGORY W. KEHOE )
)
AS UNITED STATES ATTORNEY )

Pursuant to Title 28, United States Code, Section 546(d), Gregory W. Kehoe is appointed as the United States Attorney for the Middle District of Florida, effective July 10, 2025.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of July 2025.

For the Court:

*Marcia Morales Howard*
The Honorable Marcia Morales Howard
United States District Court Chief Judge
Middle District of Florida