# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re: Administrative Orders of the Chief Judge          Case No. 3:24-mc-20-MMH

## ORDER ESTABLISHING MERIT SELECTION PANEL TO CONSIDER APPLICATIONS FOR A UNITED STATES MAGISTRATE JUDGE

Under 28 U.S.C. § 631(b)(5) and the policies of the Judicial Conference of the United States, a merit selection panel is established to consider applications for a United States Magistrate Judge in the Fort Myers Division.  The panel is effective October 29, 2025, and it comprises:

Traci T. McKee, Chair

Geraldo F. Olivo, III

Mark A. Boyle

Suzanne Boy

Danielle Liguori O'Halloran

Kimberly D. Swanson

Kristie A. Scott

Fred Burson (non-lawyer)

Andrew Blitch (non-lawyer)

The panel must review each application and may interview applicants as the panel determines.  No later than **January 15, 2026**, the panel must recommend to the district judges the five applicants whom the panel considers best qualified.  From among the five applicants, the district judges will select and appoint the new magistrate judge.  The Court has notified each panel

member in writing of the one-year restriction on a panel member's applying for a magistrate judgeship. *See Guide to Judiciary Policy*, Vol. 3, Ch. 4, § 420.30.20(d).

**DONE AND ORDERED** in Jacksonville, Florida on October 29, 2025.

**MARCIA MORALES HOWARD**
Chief United States District Judge