# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re: Administrative Orders of the Chief Judge          Case No. 3:24-mc-20-MMH

## **ORDER**

The Jacksonville Federal Court Bar Association will be recognizing the 250th anniversaries of the United States Navy and the United States Marine Corps at its luncheon on **November 19, 2025**.  For the sole purpose of ceremonially cutting the cake at the luncheon, Lieutenant Colonel Jared Burns may bring his Mameluke Sword into the Bryan Simpson United States Courthouse.  Upon his arrival at the Courthouse, Mr. Burns must present the sword to the Court Security Officers before passing through security.  At the conclusion of the luncheon, Mr. Burns must again present the sword to the Court Security Officers and remove it from the Courthouse.

**DONE AND ENTERED** at Jacksonville, Florida, this 14th day of November, 2025.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
Chief United States District Judge

cc:    U.S. Marshals Service
        Court Security Officer (CSO)
        Jacksonville Division Manager