DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Eleventh Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Middle District of Florida during the period of January 1, 2026 through July 31, 2026. The

**HONORABLE JANE A. RESTANI**

a Senior Judge of the United States Court of International Trade has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 293(a), I do hereby designate and assign the Honorable Jane A. Restani to perform judicial duties in the United States District Court for the Middle District of Florida for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C.  11/19/25

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
                                         Deputy