# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re: Administrative Orders of the Chief Judge         Case No. 3:24-mc-20-MMH

## AMENDED[1] ORDER ESTABLISHING MERIT SELECTION PANEL TO CONSIDER APPLICATIONS FOR A UNITED STATES MAGISTRATE JUDGE

Under 28 U.S.C. § 631(b)(5) and the policies of the Judicial Conference of the United States, a merit selection panel is established to consider applications for a United States Magistrate Judge in the Orlando Division. The panel comprises:

Vincent A. Citro, Chair

Brian Onek

Valerie Chartier-Hogancamp

Kimberly A. Ashby

Fritz Wermuth

Kim Bailes (non-lawyer)

Ron Newsome (non-lawyer)

The panel must review each application and may interview applicants as the panel determines. No later than **January 15, 2026**, the panel must recommend to the district judges the five applicants whom the panel considers best qualified. From among the five applicants, the district judges will select

---

[1] Amended to substitute a panel member who was no longer able to serve.

and appoint the new magistrate judge. The Court has notified each panel member in writing of the one-year restriction on a panel member's applying for a magistrate judgeship. *See Guide to Judiciary Policy*, Vol. 3, Ch. 4, § 420.30.20(d).

    **DONE AND ORDERED** in Jacksonville, Florida on December 12, 2025.

*[signature: Marcia Morales Howard]*

**MARCIA MORALES HOWARD**
Chief United States District Judge